# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **8:07CR426** |
| **JANHAROY WILSON,** | ) | |
| **BENNY WILSON,** | ) | **ORDER** |
| **RAISHAUN LAMAR, and** | ) | |
| **RAHMAN LAMAR,** | ) | |
| | ) | |
| Defendants. | ) | |

Due to the recent arraignment of codefendant, Rahman Lamar,

**IT IS ORDERED** that the trial of this case, previously set for **April 1, 2008** is cancelled. A new trial date will be set after March 26, 2008 or after any substantive motions filed by Rahman Lamar are resolved, whichever is later.

**DATED March 10, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**