IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JANHAROY WILSON,<br>BENNY WILSON,<br>RAISHAUN LAMAR, and<br>RAHMAN LAMAR,<br><br>Defendants. | 8:07CR426<br><br>ORDER |

Due to the recent arraignment of codefendant, Rahman Lamar,

**IT IS ORDERED** that the trial of this case, previously set for **April 1, 2008** is cancelled. A new trial date will be set after March 26, 2008 or after any substantive motions filed by Rahman Lamar are resolved, whichever is later.

**DATED March 10, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**